# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :    NO. 702

: 

APPOINTMENT TO DOMESTIC    :    CIVIL PROCEDURAL RULES DOCKET
RELATIONS PROCEDURAL RULES    :
COMMITTEE                    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 18th day of February, 2020, Carolyn Moran Zack, Esquire, Philadelphia, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of five years, commencing April 1, 2020.